```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------
HALCYSON ISAAC,
                        Plaintiff,        21-cv-11078 (JGK)

          - against -                     ORDER

MICHAEL SCHIFF ET AL.,
                        Defendants.
------------------------------------------------
```

JOHN G. KOELTL, District Judge:

The plaintiff's time to respond to the pending motion to dismiss is extended to **May 10, 2022**. The defendants may reply by **May 25, 2022**.

The Clerk is directed to mail a copy of this Order to the pro se plaintiff and to note service in the docket.

SO ORDERED.
Dated:   New York, New York
         April 25, 2022

                                    _____
                                    John G. Koeltl
                                    United States District Judge