UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
HALCYON ISAAC,

                Plaintiff,

        -against-                      **ORDER**

MICHAEL SCHIFF, et al.,               21-CV-11078 (PMH)

                Defendants.
-------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

The Court has scheduled a conference in connection with Plaintiff's proposed Order to Show Cause for Preliminary Injunction and Temporary Restraining Order (Doc. 28), pursuant to the Court's Individual Practices Rule 4(F).

The conference will be held on May 25, 2022 at 11:00 a.m. via telephone. At the time of the scheduled conference, all parties shall call the following number: (888) 398-2342; access code 3456831.

Defendants are directed to mail a copy of this Order to Plaintiff at the address listed on the docket, e-mail a copy to the extent Plaintiff's e-mail address is known to them, and file proof of such service.

SO ORDERED:

Dated: White Plains, New York
         May 20, 2022

                                            _____
                                            Philip M. Halpern
                                            United States District Judge