UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
HALCYON ISAAC,

                Plaintiff,

      -against-

MICHAEL SCHIFF, et al.,

                Defendants.
---------------------------------------------------------X

**ORDER**

21-CV-11078 (PMH)

PHILIP M. HALPERN, United States District Judge:

Counsel for Defendants and *pro se* Plaintiff appeared by telephone today at 11:00 a.m. for a conference on Plaintiff's proposed order to show cause.

For the reasons discussed on the record, the Court denied Plaintiffs' application for a temporary restraining order. (Doc. 28). The Court set the balance of the briefing schedule for Plaintiff's application for a preliminary injunction: Defendants' opposition shall be filed by June 3, 2022 and Plaintiffs' reply shall be filed by June 10, 2022. The Order to Show Cause will be separately docketed.

The Clerk of Court is respectfully directed to mail to Plaintiff a copy of this Order, as well as the Order to Show Cause, which will be separately docketed simultaneous herewith.

SO ORDERED:

Dated: White Plains, New York
       May 25, 2022

_____
Philip M. Halpern
United States District Judge