UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
HALCYON ISAAC,

                Plaintiff,

-against-                        21 **CIVIL** 11078 (PMH)

**JUDGMENT**

MICHAEL SCHIFF, et al.

                Defendant.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated February 16, 2023, Defendants' motion to dismiss is GRANTED and Plaintiff's Complaint is dismissed. While "[d]istrict courts should frequently provide leave to amend before dismissing a pro se complaint... leave to amend is not necessary when it would be futile." Reed v. Friedman Mgmt. Corp., 541 F. App'x 40, 41 (2d Cir. 2013) (citing Cuoco v. Moritsugu, 222 F.3d 99, 112 (2d Cir. 2000)). Leave to amend is inappropriate here because "the defects in Plaintiff's complaint [are] substantive, better pleading will not cure [them,] and repleading would thus be futile."; accordingly, the case is closed.

**Dated:**  New York, New York

      February 16, 2023

                                                  **RUBY J. KRAJICK**

                                                    **Clerk of Court**

                             **BY:**

                                                    **Deputy Clerk**